# United States Court of Appeals for the Fifth Circuit

No. 21-90043

A True Copy
Certified order issued Oct 08, 2021

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

Richard Devillier; Wendy Devillier; Steven Devillier; Rhonda Devillier; Barbara Devillier; et al,

*Plaintiffs—Respondents,*

versus

The State of Texas,

*Defendant—Petitioner.*

---

Motion for Leave to Appeal
from an Interlocutory Order
USDC No. 3:20-CV-223; 3:20-CV-379; 3:21-CV-104; 4:21-CV-1521

---

Before Smith, Higginson, and Willett, *Circuit Judges.*

Per Curiam:

  IT IS ORDERED that the State's unopposed petition to appeal the August 31, 2021 interlocutory order of the United States District Court for the Southern District of Texas is GRANTED.