# United States Court of Appeals

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

September 26, 2024

Mr. Nathan Ochsner
Southern District of Texas, Galveston
United States District Court
601 Rosenberg Street
Room 411
Galveston, TX 77550-0000

    No. 21-40750    Devillier v. State of Texas
                       USDC No. 3:20-CV-223
                       USDC No. 3:20-CV-379
                       USDC No. 3:21-CV-104
                       USDC No. 4:21-CV-1521

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Melissa V. Mattingly, Deputy Clerk
                                      504-310-7719

cc w/encl:
    Mr. Daniel Henry Charest
    Mr. Charles William Irvine
    Mr. Aaron Lloyd Nielson
    Mr. Emery Lawrence Vincent
    Mr. Benjamin D. Wilson