# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 30, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-40750   Devillier v. State of Texas
                   USDC No. 3:20-CV-223
                   USDC No. 3:20-CV-379
                   USDC No. 3:21-CV-104
                   USDC No. 4:21-CV-1521

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Melissa V. Mattingly, Deputy Clerk
                              504-310-7719

Mr. Daniel Henry Charest
Mr. Charles William Irvine
Mr. Aaron Lloyd Nielson
Mr. Nathan Ochsner
Mr. Emery Lawrence Vincent
Mr. Benjamin D. Wilson