# United States Court of Appeals
# for the Fifth Circuit

———————

No. 21-40750

———————

Richard Devillier; Wendy Devillier; Steven Devillier; Rhonda Devillier; Barbara Devillier; Et al.,

*Plaintiffs—Appellees,*

*versus*

State of Texas,

*Defendant—Appellant.*

———————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:20-CV-223
USDC No. 3:20-CV-379
USDC No. 3:21-CV-104
USDC No. 4:21-CV-1521

———————————————

UNPUBLISHED ORDER

Before Higginbotham, Southwick, and Higginson, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellees' opposed motion to recall the mandate is GRANTED. The parties are DIRECTED to file simultaneous

letter briefs within 10 days from the date this order explaining what this Court should now do in light of the Supreme Court's decision.